**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

DETINA EATON                                                                                    PLAINTIFF
ADC #707841

V.                                       NO: 1:08CV00030 JLH/HDY

INMAN *et al.*                                                                                DEFENDANTS

**<u>ORDER</u>**

Plaintiff, an inmate at the McPherson Unit of the Arkansas Department of Correction ("ADC"), filed a *pro se* complaint (docket entry #2), pursuant to 42 U.S.C. § 1983, on May 27, 2008, an amended complaint on June 10, 2008 (docket entry #5), and service was ordered. On June 23, 2008, the summons was returned unexecuted as to Defendant Inman. A memo accompanying the return, and filed under seal, indicated that Defendant Inman's first name is Thomas, and that Inman no longer works at the ADC. That memo also provided Inman's last known address. Accordingly, service will be attempted at that address.[1]

IT IS THEREFORE ORDERED THAT:

1.     The Clerk is directed to change the style of the case to reflect the correct name of Defendant Thomas Inman.

2.     Inman's last known address shall not be made part of any public record.

3.     The Clerk of the Court shall prepare a summons for Inman, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2),

---

[1] Plaintiff was previously directed to provide Inman's address (docket entry #7), but, upon further review, it appears that service was never attempted at Inman's last known address.

amended complaint (docket entry #5), and this order, on Inman, at the addresses filed under seal, without prepayment of fees and costs or security therefor.

    4.    Upon re-issuance of the summons and complaint, the United States Marshal is hereby directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove the address prior to forwarding a copy to Plaintiff.

    DATED this __20__ day of October, 2008.

                                                  UNITED STATES MAGISTRATE JUDGE