**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

DETINA EATON                                                                                    PLAINTIFF
ADC #707841

V.                                      NO: 1:08CV00030 JLH/HDY

INMAN                                                                                          DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge J. Leon

Holmes.  Any party may serve and file written objections to this recommendation.  Objections should

be specific and should include the factual or legal basis for the objection.  If the objection is to a

factual finding, specifically identify that finding and the evidence that supports your objection.  An

original and one copy of your objections must be received in the office of the United States District

Court Clerk no later than eleven (11) days from the date of the findings and recommendations.  The

copy will be furnished to the opposing party.   Failure to file timely objections may result in waiver

of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or

additional evidence, and to have a hearing for this purpose before the District Judge, you must, at

the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District
        Judge  (if such a  hearing is granted) was not  offered at  the
        hearing before the Magistrate Judge.

1

3.      The detail of any testimony desired to be introduced at the
        hearing before the District Judge in the form of an offer of
        proof,  and a copy,  or the original, of any documentary or
        other non-testimonial evidence desired to be introduced at
        the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary

hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

        Clerk, United States District Court
        Eastern District of Arkansas
        600 West Capitol Avenue, Suite A149
        Little Rock, AR 72201-3325

## DISPOSITION

Plaintiff, an inmate at the McPherson Unit of the Arkansas Department of Correction, filed

a *pro se* complaint (docket entry #2), pursuant to 42 U.S.C. § 1983, and service was ordered.  On

June 23, 2008, the summons was returned unexecuted as to Defendant, after it was attempted in the

care of the Arkansas Department of Correction (docket entry #6).[1]  Defendant's last known address

was provided, and, on October 20, 2008, the Court entered an order directing that service be

attempted at Defendant's last known address (docket entry #9).   On November 17, 2008, the

summons was again returned unexecuted (docket entry #11).  On November 19, 2008, the Court

entered an order directing Plaintiff to provide an address at which Defendant could be served (docket

entry #12).  Plaintiff was warned that her failure to provide such an address, within 30 days, would

result in the recommended dismissal of her complaint.  More than 30 days has passed, and Plaintiff

---

[1]A note with the return indicated that Defendant was no longer employed at the Arkansas
Department of Correction.

has not provided an address for Defendant, or otherwise responded to the order.  Under these circumstances, the Court concludes that Plaintiff's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2).  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT  IS THEREFORE RECOMMENDED THAT:

1.     Plaintiff's complaint (docket entry #2) be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2).

2.      The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action be considered frivolous and not in good faith.

DATED this __29___ day of December, 2008.

_____
UNITED STATES MAGISTRATE JUDGE